IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRADFORD MORSE,

    Plaintiff,

v.                                    CASE NO. 1:21cv209-RH-HTC

SHARPSPRING, INC. et al.,

    Defendants.

_____/

## **JUDGMENT**

The plaintiff's claims against all defendants are dismissed with prejudice for failure to state a claim on which relief can be granted.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

<u>February 28, 2024</u>                          s/A. Tinaya-Miller
Date                                            Deputy Clerk: A. Tinaya-Miller